**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Candace Griggs and Donald Chisolm, Defendants,

Of whom Candace Griggs is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2021-001196

————————

Appeal From Darlington County
Cely Anne Brigman, Family Court Judge

————————

Unpublished Opinion No. 2022-UP-273
Submitted June 17, 2022 – Filed June 21, 2022

————————

**AFFIRMED**

————————

John Brandt Rucker and Allyson Sue Rucker, both of
The Rucker Law Firm, LLC, of Greenville, for
Appellant.

Christopher Craig Jackson, of Chris Jackson Law Firm
LLC, of Mauldin, for Respondent.

Stuart Wesley Snow, Jr., of Snow & Bailey Law Firm, P.A., of Florence, for the Guardian ad Litem.

———————

**PER CURIAM:**  Candace Griggs appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Griggs's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and KONDUROS and VINSON, JJ., concur.**

———————

[1] We decide this case without argument pursuant to Rule 215, SCACR.